UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NO. 15-11902-GAO

RICHARD MARTIN,
Plaintiff,

v.

MCDONALD'S CORPORATION,
Defendant.

CIVIL ACTION NO. 15-12328-GAO

RICHARD MARTIN,
Plaintiff,

v.

CORE SECURITY SOLUTIONS, INC.,
Defendant.

ORDER
April 20, 2016

O'TOOLE, D.J.

In these two related actions, Richard Martin claims that while he was standing in the lobby of a McDonald's restaurant in Washington, D.C., Deandre A. Harris, a special police officer employed by Core Security Solutions, Inc., harassed him, ordered him to leave the restaurant, assaulted him despite his compliance with Harris's directive, and transferred him to the custody of the local police department which falsely charged him with assaulting a police officer and kept him in custody overnight.[1]

---

[1] Martin's related suit against Harris was dismissed without prejudice for want of prosecution. Martin v. Harris, C.A. 15-12329-GAO (D. Mass. Mar. 22, 2016), ECF #20.

By separate motions, McDonald's and Core Security Solutions argue that Massachusetts is not the proper venue for these actions. See 28 U.S.C. § 1391. The Court agrees. The events giving rise to Martin's claims occurred exclusively in Washington, D.C. Core Security Solutions appears to be a resident of Maryland, just outside of Washington, D.C., and appears to have no presence within this District. Furthermore, although Martin lives in Massachusetts, the remaining relevant witnesses, such as employees and patrons of McDonald's and members of the Metro Police Department, are likely to live in the Washington, D.C. area. Similarly, any relevant documents are likely to be located there.

Consequently, the defendants' motions, insofar as they request a transfer of venue, are GRANTED, and the cases are TRANSFERRED to the United States District Court for the District of Columbia. See id. § 1406(a).

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge